# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN X. HIGH and ALICE KING-COLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MANDA, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01579-APG-VCF<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(Dkt. No. 8) |

On November 2, 2017, Magistrate Judge Ferenbach entered a report and recommendation that I dismiss this case with prejudice because plaintiff Juan High[1] did not file a second amended complaint by September 15, 2017, as directed. ECF No. 8. High did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1). High's amended complaint did not contain sufficient factual allegations to show the Magnuson-Moss Warranty Act's amount in controversy requirement was met. ECF No. 5. Consequently, Judge Ferenbach properly directed High to file a second amended complaint to address this jurisdictional defect. High did not file an amended complaint. Accordingly, the court lacks subject matter jurisdiction over this case.

---

[1] Plaintiff Alice King-Collins was not named as a plaintiff in the amended complaint. ECF No. 5.

IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(ECF No. 8) is accepted** with the modification that High's amended complaint (ECF No. 5) is dismissed for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

DATED this 6th day of December, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE